JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### 508 -- IN RE OCEAN RANGER SINKING OFF NEWFOUNDLAND ON FEBRUARY 15, 1982

| | | PLEADING DESCRIPTION |
|---|---|---|
| 82/05/10 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE -- Plaintiff Barbara Martin Watkins SUGGESTED TRANSFEREE DISTRICT: E.D. Louisiana SUGGESTED TRANSFEREE JUDGE: (cds) |
| 82/05/20 | 2 | RESPONSE -- pltfs. Annie Lane Burge Thompson, et al. w/cert of svc. (ds) |
| 82/05/20 | | APPEARANCES -- JAMES A. GEORGE, ESQ. for Gloria Vaughn; WILFRED H. BOURDEAUX, ESQ. for Mrs. Annie Lane Burge Thompson, etc.; GEORGE T. SINK, ESQ. for Ruth A. Hicks, et al. (ds) |
| 82/05/21 | | APPEARANCE -- RAMOND CABALLERO, ESQ. for Kirko Gorum, et al. (ds) |
| 82/05/25 | | HEARING ORDER -- setting litigation for hearing in Phil., Pa., held on June 24, 1982. (eaf) |
| 82/05/25 | | APPEARANCES -- SAM N. GREGORIO, ESQ. for Freddie Mae Gandy, et al.; GEORGE A. FRILOT, III, ESQ. for Ocean Drilling & Exploration Co.; Odeco, Inc.; Odeco International Corp. (ds) |
| 82/05/26 | | APPEARANCE -- ROBERT B. ACOMB, JR., ESQ. for Mitsubishi Heavy Industries, Ltd. (ds) |
| 82/05/27 | | APPEARANCE -- THOMAS COYNE, ESQ. for American Bureau of Shipping, Inc. (ds) |
| 82/05/27 | 3 | RESPONSE -- pltf. Keiko Gorum w/cert. of svc. (ds) |
| 82/05/27 | 4 | RESPONSE -- pltf. Ruth A. Hicks w/cert. of svc. (ds) |
| 82/05/28 | | APPEARANCE: THOMAS L. JONES, ESQ. for U.S.A. (cds) |
| 82/06/03 | 5 | RESPONSE, CERT. OF SVC. -- pltf. Vaughn. (eaf) |
| 82/06/07 | 6 | RESPONSE, CERT. OF SVC. -- Pltf. Gandy. (eaf) |
| 82/06/10 | | APPEARANCE =- John J. Cummings, III, Esq. for Barbara M. Watkins.(ef) |
| 82/06/14 | 7 | RESPONSE, MEMORANDUM, CERT. OF SVC. -- Nora L. Smith.(eaf) |
| 82/06/18 | | APPEARANCE -- DONALD R. ABAUNZA, ESQ. for Mobil Oil Canada Ltd.cds |
| 82/06/21 | 8 | RESPONSE, CERT. OF SVC. -- Mobil Oil Canada Ltd. (eaf) |
| 82/06/21 | 9 | JOINDER IN MOTION/MEMORANDUM -- Ocean Drilling and Exploration Co. -- w/cert. of svc. (emh) |
| 82/06/22 | | HEARING APPEARANCES: Donald R. Abaunza for Mobil Oil Canada Limited; John J. Cummings for Barbara M. Watkins; ~~Gloria E. Vaughn for~~ James A. George for Gloria E. Vaughn; George A. Frilot for ODECO Interests; R. Randall Bridwell for Ruth Hicks and Nora L. Smith (emh) WAIVERS OF ORAL ARGUMENT: Freddie Mae Gandy, United States of America (emh) |
| 82/06/24 | 10 | RESPONSE, CERT. OF SVC. -- Interested parties involved in six tag-along actions in E.D.Tex. (not on motion).(eaf) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 508 --

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/06/24 | | WITHDRAWAL OF PRESENTATION OF ORAL ARGUMENT for hearing held in Philadelphia, Pa. on June 24, 1982. -- #### Gloria E. Vaughn, w/cert. of svc. (eaf) |
| 82/07/01 | 11 | AMENDED RESPONSE/MEMORANDUM -- Ruth A. Hicks -- w/cert. of svc. (emh) |
| 82/07/19 | | CONSENT OF TRANSFEREE COURT -- for the assignment of litigation to the Honorable Robert F. Collins for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (eaf) |
| 82/07/19 | | TRANSFER ORDER -- transferring A-6 thru A-8 to E.D. La. for pretrial processing under Hon. Robert F. Collins pursuant to 28 U.S.C. §1407. (eaf) |
| 82/07/23 | | CONDITIONAL TRANSFER ORDERS FILED TODAY IN 31 CASES LISTED BELOW. Notified involved counsel and judges. (eaf) |

(B-9) Jeanette Ruth Dyke, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-615-CA
(B-10) Annmari O'Dea-Freid, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-616-CA
(B-11) Gertrude Evoy, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-617-CA
(B-12) Elsie Gerbeau, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-618-CA
(B-13) Daphne Baldwin, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-619-CA
(B-14) Patricia Marie Palmer, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-620-CA
(B-15) Helen Foley, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-621-CA
(B-16) Reta Dawe, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-622-CA
(B-17) Louise Valerie Augot, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-623-CA
(B-18) Cynthia Elizabeth Parsons, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-624-CA
(B-19) Bernice LeDrew, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-625-CA
(B-20) John Bernard Hickey, et al., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-626-CA
(B-21) Noreen Mary O'Neill, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-627-CA
(B-22) Margaret Theresa Blackmore, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-628-CA
(B-23) Rosella Brinston, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-629-CA
(B-24) Mary Conway, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-630-CA
(B-25) Cecilia Marie Dwyer, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-631-CA
(B-26) Mary Jane Harnum, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-632-CA
(B-27) Rosalynn Noseworthy, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-633-CA
(B-28) Sandra Joy Pinhorn, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-634-CA
(B-29) Joan Warford, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-635-CA
(B-30) Augustus J. Caines, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-668-CA
(B-31) Robert Francis Dagg, Adm., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-669-CA
(B-32) Dorothy Fry, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-670-CA
(B-33) Marie Juliette Joselyne Maurice, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-671-CA
(B-34) Nathanial Sheppard, Adm., etc. v. Ocean Drilling

P.3

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 508 --

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/08/03 | | CONDITIONAL TRANSFER ORDERS FILED TODAY (10 actions) -- Actions listed below -- NOTIFIED INVOLVED JUDGES AND COUNSEL   (cds) |

| | | | | |
|---|---|---|---|---|
| B-40 | Evelyn Tiller, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex. Fisher | B-82-711-CA |
| B-41 | Lillian F. Burry, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex. Parker | B-82-712-CA |
| B-42 | Sylvia M. Chafe, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex. Parker | B-82-713-CA |
| B-43 | Robert Reid, et al. v. Ocean Drilling and Exploration Co., et al. | E.D.Tex. Fisher | B-82-714-CA |
| B-44 | James Vincent Holden, et al. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex. Parker | B-82-715-CA |
| B-45 | Sharon Escott, et al. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex. Fisher | B-82-716-CA |
| B-46 | John Wilfred McGrath, et al. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex. Parker | B-82-717-CA |
| B-47 | John Wilfred McGrath, et al. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex. Parker | B-82-718-CA |
| B-48 | Thomas Miller, et al. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex. Fisher | B-82-719-CA |
| B-49 | Ann Putt, et al. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex. Fisher | B-82-723-CA |

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/08/03 | | APPEARANCE -- G. Robert Friedman for plaintiffs in B-9 thru B-49   (emh) |
| 82/08/10 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- involving B-9 thru B-39 listed below:  Notified involved clerks and judges. (emh) |

EASTERN DISTRICT OF TEXAS

(B-9) Jeanette Ruth Dyke, Admx., etc. v. Ocean Drilling and Exploration Co., et al. C.A. No. B-82-615-CA
(B-10) Annmari O'Dea-Freid, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-616-CA
(B-11) Gertrude Evoy, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-617-CA
(B-12) Elsie Gerbeau, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-618-CA
(B-13) Daphne Baldwin, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-619-CA
(B-14) Patricia Marie Palmer, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-620-CA
(B-15) Helen Foley, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-621-CA
(B-16) Reta Dawe, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-622-CA
(B-17) Louise Augot, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-623-CA
(B-18) Cynthia Elizabeth Parsons, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-624-CA
(B-19) Bernice Lebreu, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-625-CA
(B-20) John Bernard Hickey, et al., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-626-CA
(B-21) Noreen Mary O'Neill, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-627-CA
(B-22) Margaret Theresa Blackmore, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-628-CA
(B-23) Rosella Brinston, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-629-CA
(B-24) Mary Conway, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-630-CA

(B-25) Cecilia Marie Dwyer, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-631-CA
(B-26) Mary Jane Marnum, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-632-CA
(B-27) Rosalynn Noseworthy, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-433-CA
(B-28) Sandra Joy Pinhorn, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-634-CA
(B-29) Joan Warford, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-635-CA

(B-30) Augustus J. Caines, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-668-CA
(B-31) Robert Francis Dagg, Adm., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-669-CA
(B-32) Dorothy Fry, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-670-CA
(B-33) Marie Juliette Joselyne Maurice, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-671-CA
(B-34) Nathanial Sheppard, Adm., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-584-CA
(B-35) Howard Winsor, Adm., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-585-CA
(B-36) Raymond Sharpe, Adm., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-586-CA
(B-37) W. John O'Brien, Adm., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-587-CA
(B-38) Brenda Melendy, Admx., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-588-CA
(B-39) Howard Winsor, Adm., etc. v. Ocean Drilling and Exploration Co., et al., C.A. No. B-82-589-CA

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____

| Date | Pleading Description |
|---|---|

**82/08/19** — CONDITIONAL TRANSFER ORDERS FINAL TODAY IN ACTIONS B-40 thru B-49 Listed Below: NOTIFIED CLERKS AND JUDGES. (emh)

| | | | |
|---|---|---|---|
| B-40 | Evelyn Tiller, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex. Fisher | B-82-711-CA |
| B-41 | Lillian F. Burry, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex. Parker | B-82-712-CA |
| B-42 | Sylvia M. Chafe, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex. Parker | B-82-713-CA |
| B-43 | Robert Reid, et al. v. Ocean Drilling and Exploration Co., et al. | E.D.Tex. Fisher | B-82-714-CA |
| B-44 | James Vincent Holden, et al. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex. Parker | B-82-715-CA |
| B-45 | Sharon Escott, et al. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex. Fisher | B-82-716-CA |
| B-46 | John Wilfred McGrath, et al. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex. Parker | B-82-717-CA |
| B-47 | John Wilfred McGrath, et al. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex. Parker | B-82-718-CA |
| B-48 | Thomas Miller, et al. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex. Fisher | B-82-719-CA |
| B-49 | Ann Putt, et al. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex. Fisher | B-82-723-CA |

**82/09/29** — CONDITIONAL TRANSFER ORDERS FILED TODAY --
B-50 Boutcher, etc. v. Ocean Drilling & Exploration Co., et al., E.D. Tex., C.A. No. 82-799
B-51 Greene, etc. v. Ocean Drilling & Exploration Co., et al., E.D. Tex., C.A. No. 82-800
B-52 Fewer, etc. v. Ocean Drilling & Exploration Co., et al., E.D. Tex., C.A. No. 82-801
NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh)

**82/10/15** — CONDITIONAL TRANSFER ORDERS FINAL TODAY IN B-50 THRU B-51 LISTED BELOW -- Notified involved clerks & judges. (eaf)
B-50 Boutcher, etc. v. Ocean Drilling, E.Tex., 82-799
B-51 Greene, etc. v. Ocean Drilling, E.Tex., 82-800
B-52 Fewer, etc. v. Ocean Drilling, E.Tex., 82-801

**83/01/12** — CONDITIONAL TRANSFER ORDERS FILED -- B-55 thru B-59 listed below. Notified involved counsel and judges. (ds)

| | | | |
|---|---|---|---|
| B-55 | Alice May Bursey, etc. v. Ocean Drilling and Exploration Co., et al. | E.D.Tex. Parker | B-82-897 |
| B-56 | Claude Sheppard, Jr., etc. v. Ocean Drilling and Exploration Co., et al. | E.D.Tex. Parker | B-82-898 |
| B-57 | David Gerard Ryan, etc. v. Ocean Drilling and Exploration Co., et al. | E.D.Tex. Parker | B-82-899 |
| B-58 | Armand Fenez, etc. v. Ocean Drilling and Exploration Co., et al. | E.D.Tex. Parker | B-82-985 |
| B-59 | Margaret Wilson, etc. v. Ocean Drilling and Exploration Co., et al. | E.D.Tex. Fisher | B-82-1018 |

P.5

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 508 -- In re Ocean Ranger Sinking Off Newfoundland on Feb. 15, 1982

| Date | Ref. | Pleading Description | | |
|---|---|---|---|---|
| 83/01/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY (5 actions, B-55-59 listed below) -- NOTIFIED INVOLVED JUDGES & CLERKS (cds) | | |
| | B-55 | Alice May Bursey, etc. v. Ocean Drilling and Exploration Co., et al. | E.D.Tex. Parker | B-82-897 |
| | B-56 | Claude Sheppard, Jr., etc. v. Ocean Drilling and Exploration Co., et al. | E.D. Tex. Parker | B-82-898 |
| | B-57 | David Gerard Ryan, etc. v. Ocean Drilling and Exploration Co., et al. | E.D. Tex. Parker | B-82-899 |
| | B-58 | Armand Fenez, etc. v. Ocean Drilling and Exploration Co., et al. | E.D. Tex. Parker | B-82-985 |
| | B-59 | Margaret Wilson, etc. v. Ocean Drilling and Exploration Co., et al. | E.D.Tex Fisher | B-82-1018 |
| 83/03/09 | | CONDITIONAL TRANSFER ORDERS FILED TODAY in B-62 thru 67 listed below: NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) | | |
| | B-62 | Pauline R. Clarke, etc. v. Ocean Drilling & Exploration Co., et al. 3/9/83 | E.D.Tex. Parker | B-83-129-CA |
| | B-63 | Fredrick C. Halliday, etc. v. Ocean Drilling & Exploration Co., et al. 3/9/83 | E.D.Tex. Parker | B-83-130-CA |
| | B-64 | Edward A. Neary, etc. v. Ocean Drilling & Exploration Co., et al. 3/9/83 | E.D.Tex. Parker | B-83-131-CA |
| | B-65 | Melvin E. Tilley, et al. v. Ocean Drilling & Exploration Co., et al. 3/9/83 | E.D.Tex. Parker | B-83-132-CA |
| | B-66 | Mary Irene Arsenault, etc. v. Ocean Drilling & Exploration Co., et al. 3/9/83 | E.D.Tex. Parker | B-83-133-CA |
| | B-67 | Roy Pieroway, etc. v. Ocean Drilling & Exploration Co., et al. 3/9/83 | E.D.Tex. Parker | B-83-134-CA |
| 83/03/25 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY B-62 thru B-67 listed below -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) | | |
| | B-62 | Pauline R. Clarke, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex Parker | B-83-129-CA |
| | B-63 | Fredrick C. Halliday, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex Parker | B-83-130-CA |
| | B-64 | Edward A. Neary, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex Parker | B-83-131-CA |
| | B-65 | Melvin E. Tilley, et al. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex Parker | B-83-132-CA |
| | B-66 | Mary Irene Arsenault, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex Parker | B-83-133-CA |
| | B-67 | Roy Pieroway, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.Tex Parker | B-83-134-CA |

*P.6*

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ ---- _____

| | Pleading Description |
|---|---|
| 83/05/05 | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-71 Heather Madden, etc. v. Ocean Drilling & Exploration Co., et al., E.D. Texas, C.A. No. 82-986 -- NOTIFIED INVOLVED JUDGES & Counsel (cds) |
| 83/05/23 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-71 Heather Madden, etc. v. Ocean Drilling & Exploration Co., et al., E.D. Texas, C.A. No. 82-986.  Notified involved clerks and judges.       (ds) |
| 83/07/28 | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-81 Philomena Drodge, etc. v. Ocean Drilling and Exploration Co., et al., E.D.Tex., C.A. No. B-82-896-CA -- NOTIFIED INVOLVED JUDGES AND COUNSEL.   (jsj) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 508 -- P.7

| Date | No. | Description |
|---|---|---|
| 83/08/15 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-81 Philomena Drodge, etc. v. Ocean Drilling & Exploration Co., et al., E.D. Texas, C.A. No. B-82-896-CA -- Notified involved Clerks and Judges. (emh) |
| 83/09/16 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-82 Arsenault, et al. v. Odeco Intern'l Corp., et al., S.D.Tex., C.A.No. G-83-358; and C-83 Hatfield, etc. v. Mobil Oil Corp., et al., S.D.Tex., C.A.No. H-83-1817 -- NOTIFIED involved counsel and judges. (emh) |
| 83/10/03 | 12 | NOTICE OF OPPOSITION -- C-82 Mary Irene Arsenault, et al. v. Odeco International Corp., et al., S.D. Texas, C.A. No. G-83-358 -- Filed by pltfs. Arsenault, et al. Notified involved counsel, transferee judge and transferor judge. (ds) |
| 3/10/03 | 13 | NOTICE OF OPPOSITION -- C-83 Hatfield, etc. v. Mobile Oil Corp., et al., S.D. Texas, C.A. No. H-83-1817. Filed by pltfs. Hatfield, etc. Notified involved counsel, transferee judge and transferor judge. (ds) |
| 83/10/14 | 14 | REQUEST FOR EXTENSION OF TIME -- pltfs. Mary Irene Arsenault, et al. -- GRANTED to and including November 1, 1983 (ds) |
| 83/10/17 | 15 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- C-83 Susan Hatfield, etc. v. Mobil Oil Corporation, et al., S.D.Tex., C.A. No. H-83-1817 -- filed by pltf. Susan Hatfield w/cert. of svc. (jsj) |
| 83/10/18 | 16 | RESPONSE/MEMORANDUM TO N/O -- Mobil Oil Canada, Ltd. and Mobil Oil Corp. -- w/cert. of svc. (emh) Upd dg. # 13 |
| 83/10/26 | 17 | REQUEST FOR EXTENSION OF TIME -- defts. Mobil Oil Company and Mobil Oil of Canada, Ltd. GRANTED to & including November 11, 1983. Notified involved counsel. (ds) |
| 83/10/27 | 18 | REQUEST FOR EXTENSION OF TIME TO FILE MOTION/BRIEF -- pltfs. Mary Irene Arsenault, et al. w/svc. -- GRANTED to and including December 1, 1983 to pltfs. Arsenault, et al. (ds) |
| 83/11/14 | 19 | RESPONSE (to pldg. 15) -- Mobil Oil Canada, Ltd. and Mobil Oil Corp. -- w/cert. of service (cds) |
| 83/11/29 | 20 | REQUEST FOR EXTENSION OF TIME TO FILE MOTION TO VACATE CONDITIONAL TRANSFER ORDER (C-82) -- Plaintiff Mary Irene Arsenault, et al. -- GRANTED TO AND INCLUDING DECEMBER 20, 1983, NO FURTHER EXTENSIONS WILL BE GRANTED (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 508 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 83/12/19 | | HEARING ORDER -- setting hearing for oppositions of C-82 Arsenault, et al. v. Odeco International Corp., et al., S.D. Texas, C.A. No. G-83-358 and C-83 Hatfield, etc. v. Mobil Oil Corp., et al., S.D. Texas, C.A. No. H-83-1817 in Atlanta, Georgia, on January 26, 1984. (ds) |
| 83/12/20 | 21 | MOTION/BRIEF TO VACATE CTO -- C-82 Mary Irene Arsenault, et al. v. Odeco International Corp., et al., S.D. Texas, C.A. No. G-83-358 -- filed by pltfs. Mary Irene Arsenault, et al. w/appendix A & B and cert. of svc. (ds) |
| 84/01/04 | 22 | RESPONSE (to pldg. 21) -- Mobil Oil Canada, Ltd. -- w/cert. of service and Exhibit (cds) |
| 84/01/05 | 23 | MEMORANDUM -- Odeco Defendants w/cert. of svc. (ds0 |
| 84/01/10 | 24 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE (to pldg. 23) -- pltfs. Mary Irene Arsenault, et al. w/cert. of svc. -- GRANTED to and including January 17, 1984 to pltfs. Arsenault, et al. Notified involved counsel (ds) |
| 84/01/17 | 25 | REPLY -- Pltfs. Mary Irene Arsenault, et al. w/cert. of svc. (ds) |
| 84/01/23 | 26 | REPLY MEMORANDUM -- Ocean Drilling Exploration Co., Odeco Inter'l Corp., Odeco Engineers, Inc. and Odeco Drilling of Canada, Ltd. w/cert. of svc. (ds) |
| 84/01/23 | 27 | RESPONSE -- Mobil Oil Corp and Mobil Oil Canada, Ltd. w/svc. (ds) |
| 84/01/24 | | HEARING APPEARANCES:  Robert W. Booksh for Mobil Oil Corp. & Mobil Oil Canada, Ltd.;  George Frilot for ODECO;  Robert A. Chaffin for Mary Irene Arsenault, et al. (emh) |
| 84/02/03 | | TRANSFER ORDER -- transferring C-82 Arsenault, et al. v. Odeco Intern'l Corp., et al., S.D.Texas, G-83-358 and C-83 Hatfield, etc. v. Mobil Oil Corp., et al., S.D.Texas, H-83-1817 pursuant to 28 U.S.C. §1407. (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 508 -- _____ p.9 _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 84/03/27 | 28 | MOTION BRIEF -- Mitsubishi Heavy Industries, Ltd. -- to transfer C-84 Susan Hatfield v. U.S.A., S.D. Texas, C.A. No. H-84-644 to E.D. Louisiana w/cert. of svc. (rh) |
| 84/04/13 | | ~~HEARING ORDER -- Setting motion to transfer C-84 for Panel hearing in Washington, D.C. on May 17, 1984 (cds)~~ |
| 84/04/13 | 29 | LETTER --  pltf. Susan Hatfield -- stating no objection to deft. Mitsubishi's motion for transfer of C-84 Susan Hatfield action w/no svc. (ds) |
| 84/04/13 | | HEARING ORDER -- Setting motion to transfer C-84 for Panel hearing in Washington, D.C. on May 17, 1984 (cds) |
| 84/04/18 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-84 Susan Hatfield, etc. v. U.S. America, et al., S.D. Texas, C.A. No. H-84-644.  Notified involved judge and counsel. (rh) |
| 84/05/04 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-84 Susan Hatfield, etc. v. United States of America, et al., S.D. Texas, C.A. No. H-84-644.  Notified involved judges and clerks. (rh) |
| 84/05/09 | | ORDER VACATING HEARING ON MAY 17, 1984 (filed on April 13, 1984, as amended April 16, 1984) -- Re: C-84 Hatfield, etc. v. U.S.A., et al., S.D.Texas, H-84-644 (action already transferred, 5/4/84) -- Notified counsel in C-84, L/C, & involved clks. and jdges. (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 508 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE OCEAN RANGER SINKING OFF NEWFOUNDLAND ON FEBRUARY 15, 1982

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| June 24, 1982 | | | | | | |
| January 26, 1984 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 7/19/82 | TO | Unpublished | E. D. La. 53L | Robert F. Collins | |
| | 2/3/84 | TO | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: _____

_Gross weight of heads_
_several of headers_
_Date 6/10/85 of Case_
_judgment USA_

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 508 -- IN RE OCEAN RANGER SINKING OFF NEWFOUNDLAND ON FEBRUARY 15, 1982

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Gloria Ellzey Vaughn, et al. v. Ocean Drilling and Exploration Company, et al. | E.D.La. Collins | 82-0604 | | | 9/16/85 D | |
| A-2 | Mrs. Annie Laine Burge Thompson, et al. v. Ocean Drilling and Exploration Company, et al. | E.D.La. Collins | 82-0825 | | | 5/2/86 D | |
| A-3 | Barbara Martin Watkins v. Ocean Drilling and Exploration Company, et al. | E.D.La. Collins | 82-1054 | | | 5/9/86-S apun | |
| A-4 | Joseph Watkins, Jr., et al. v. Ocean Drilling and Exploration Company, et al. | E.D.La. Collins | 82-1334 | | | 5/2/86 apun | |
| A-5 | Freddie Mae Gandy, et al. v. Ocean Drilling and Exploration Company, et al. | E.D.La. Collins | 82-1365 | | | 2/7/86 | |
| A-6 | Kieko Gorum, et al. v. Ocean Drilling and Exploration Company, et al. | E.D.Tex. Fisher | B-82-220-CA | 7/19/82 | 82-3165 C(4) | 2/7/86 D | |
| A-7 | Ruth A. Hicks, et al. v. Mitsubishi Heavy Industries, Inc., et al. | S.Car. Blatt | 82-765-8 | 7/19/82 | 82-3166 C(4) | 2/7/86 D | |
| A-8 | Nora L. Smith, etc. v. Mitsubishi Heavy Industries, Inc., et al. | W.D.Ky. Ballantine L(B) | C82-0277 | 7/19/82 | 82-3167-C(4) | 5/86 | |
| B-9 | Jeanette Ruth Dyke, Admx., etc. v. Ocean Drilling and Exploration Co., et al.    JUL 2 3 1982 | E.D.Tex Parker | B-82-615-CA | 8/10/82 | 82-3777-C(4) | 1/25/85 D | |

JBML FORM 1 -- Continuation ®

DOCKET NO. 508 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-10 | AnnMari O'Dea-Freid, Admx., etc. v. Ocean Drilling and Exploration Co., et al.       JUL 2 3 1982 | E.D.Tex. Parker | B-82-616-CA | 8/10/82 | 82.3472-C4 | 1/25/84 D | |
| B-11 | Gertrude Evoy, Admx., etc. v. Ocean Drilling and Exploration Co., et al.     JUL 2 3 1982 | E.D.Tex. Fisher | B-82-617-CA | 8/10/82 | 82-3493 C4 | 1/25/84 D | |
| B-12 | Elsie Gerbeau, Admx., etc. v. Ocean Drilling and Exploration Co., et al.    JUL 2 3 1982 | E.D.Tex. Parker | B-82-618-CA | 8/10/82 | 82-3494-C4 | 1/25/84 D | |
| B-13 | Daphne Baldwin, Admx., etc. v. Ocean Drilling and Exploration Co., et al.   JUL 2 3 1982 | E.D.Tex. Parker | B-82-619-CA | 8/10/82 | 82-3495-C4 | 1/25/84 D | |
| B-14 | Patricia Marie Palmer, Admx. etc. v. Ocean Drilling and Exploration Co., et al.    JUL 2 3 1982 | E.D.Tex. Fisher | B-82-620-CA | 8/10/82 | 82-3496 C4 | 1/25/84 D | |
| B-15 | Helen Foley, Admx., etc. v. Ocean Drilling and Exploration Co., et al.    JUL 2 3 1982 | E.D.Tex. Fisher | B-82-621-CA | 8/10/82 | 82-3497 C4 | 1/25/84 D | |
| B-16 | Reta Dawe, Admx., etc. v. Ocean Drilling and Exploration Co., et al.     JUL 2 3 1982 | E.D.Tex. Parker | B-82-622-CA | 8/10/82 | 82-3498 C4 | 1/25/84 D | |
| B-17 | Louise Valerie Augot, Admx., etc. v. Ocean Drilling and Exploration Co., et al.     JUL 2 3 1982 | E.D.Tex. Fisher | B-82-623-CA | 8/10/82 | 82-3499 C4 | 1/25/84 D | |
| B-18 | Cynthia Elizabeth Parsons, Admx., etc. v. Ocean Drilling and Exploration Co., et al.    JUL 2 3 1982 | E.D.Tex. Fisher | B-82-624-CA | 8/10/82 | 82-3500 C4 | 1/25/84 D | |
| B-19 | Bernice LeDrew, Admx., etc. v. Ocean Drilling and Exploration Co., et al.     JUL 2 3 1982 | E.D.Tex. Fisher | B-82-625-CA | 8/10/82 | 82-3501-C4 | 6/8/84 D | ✓ |
| B-20 | John Bernard Hickey, et al. v. Ocean Drilling and Exploration Co., et al.     JUL 2 3 1982 | E.D.Tex. Parker | B-82-626-CA | 8/10/82 | 82-3502 C4 | 5/10/85 D | |

DOCKET NO. 508 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-21 | Noreen Mary O'Neill, Admx., etc. v. Ocean Drilling and Exploration Co., et al. JUL 2 3 1982 | E.D.Tex. Parker | B-82-627-CA | 8/10/82 | 82-3503-C-4 | 1/25/84 D | |
| B-22 | Margaret Theresa Blackmore, Admx., etc. v. Ocean Drilling and Exploration Co., et al. JUL 2 3 1982 | E.D.Tex. Parker | B-82-628-CA | 8/10/82 | 82-3504-C-4 | 1/25/84 D | |
| B-23 | Rosella Brinston, Admx., etc. v. Ocean Drilling and Exploration Co. JUL 2 3 1982 | E.D.Tex. Parker | B-82-629-CA | 8/10/82 | 82-3505-C-4 | 1/23/84 D | |
| B-24 | Mary Conway, Admx., etc. v. Ocean Drilling and Exploration Co., et al. JUL 2 3 1982 | E.D.Tex. Fisher | B-82-630-CA | 8/10/82 | 82-3506-C-4 | 1/25/84 D | |
| B-25 | Cecilia Marie Dwyer, Admx., etc. v. Ocean Drilling and Exploration Co., et al. JUL 2 3 1982 | E.D.Tex. Fisher | B-82-631-CA | 8/10/82 | 82-3507-C-4 | 1/25/84 D | |
| B-26 | Mary Jane Harnum, Admx., etc. v. Ocean Drilling and Exploration Co., et al. JUL 2 3 1982 | E.D.Tex. Fisher | B-82-632-CA | 8/10/82 | 82-3508-C-4 | 1/25/84 D | |
| B-27 | Rosalynn Noseworthy, Admx., etc. v. Ocean Drilling and Exploration Co., et al. JUL 2 3 1982 | E.D.Tex. Parker | B-82-633-CA | 8/10/82 | 82-3509-C-4 | 1/25/84 D | |
| B-28 | Sandra Joy Pinhorn, Admx., etc. v. Ocean Drilling and Exploration Co., et al. JUL 2 3 1982 | E.D.Tex. Parker | B-82-634-CA | 8/5/82 | 82-3510-C-4 | 1/25/84 D | |
| B-29 | Joan Warford, Admx., etc. v. Ocean Drilling and Exploration Co., et al. JUL 2 3 1982 | E.D.Tex. Fisher | B-82-635-CA | 8/10/82 | 82-3511-C-4 | 1/25/84 X | |

DOCKET NO. 508 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-30 | Augustus J. Caines, Admx., etc. v. Ocean Drilling and Exploration Co., et al. JUL 2 3 1982 | E.D.Tex. Parker | B-82-668-CA | 8/10/82 | 82-3512 C-4 | 8/31/84 D | |
| B-31 | Robert Francis, Admx., etc. v. Ocean Drilling and Exploration Co., et al. JUL 2 3 1982 | E.D.Tex. Fisher | B-82-669-CA | 8/9/82 | 82-3513-C-4 | 3/23/84 D | |
| B-32 | Dorothy Fry, Admx., etc. v. Ocean Drilling and Exploration Co., et al. JUL 2 3 1982 | E.D.Tex. Parker | B-82-670-CA | 8/10/82 | 82-3514 C-4 | 4/2/84 D | |
| B-33 | Marie Juliette Joselyn Maurice, Admx., etc. v. Ocean Drilling and Exploration Co., et al. JUL 2 3 1982 | E.D.Tex. Parker | B-82-671-CA | 8/9/82 | 82-3515 C-4 | 1/23/84 D | |
| B-34 | Nathanial Sheppard, Adm., etc. v. Ocean Drilling and Exploration Co., et al. JUL 2 3 1982 | E.D.Tex. Parker | B-82-584-CA | 8/10/82 | 82-3516 C-4 | 10/2/84 D | |
| B-35 | Howard Winsor, Admx., etc. v. Ocean Drilling and Exploration Co., et al. JUL 2 3 1982 | E.D.Tex. Fisher | B-82-585-CA | 8/10/82 | 82-3517-C-4 | 2/7/80 D | |
| B-36 | Raymond Sharpe, Admx., etc. v. Ocean Drilling and Exploration Co., et al. JUL 2 3 1982 | E.D.Tex. Parker | B-82-586-CA | 8/10/82 | 82-3518-C-4 | 6/6/84 D | |
| B-37 | W. John O'Brien, Admx., etc. v. Ocean Drilling and Exploration Co., et al. JUL 2 3 1982 | E.D.Tex. Parker | B-82-587-CA | 8/10/82 | 82-3519-C-4 | 1/25/84 D | |
| B-38 | Brenda Melendy, Admx., etc. v. Ocean Drilling and Exploration Co., et al. JUL 2 3 1982 | E.D.Tex. Parker | B-82-588-CA 589 | 8/10/82 | 82-3520-C-4 | 2/6/84 D | |
| B-39 | Howard Winsor, Admx., etc. v. Ocean Drilling and Exploration Co., et al. JUL 2 3 1982 | E.D.Tex. Parker | B-82-589-CA 588 | 8/10/82 | 82-3521-C-4 | 2/7/84 D | |

DOCKET NO. 508 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-40 | Evelyn Tiller, etc. v. Ocean Drilling & Exploration Co., et al. 8/3/82 | E.D.Tex. Fisher | B-82-711-CA | AUG 1 9 1982 | 82-3751 | 10/31/84 D | |
| B-41 | Lillian F. Burry, etc. v. Ocean Drilling & Exploration Co., et al. 8/3/82 | E.D.Tex. Parker | B-82-712-CA | AUG 1 9 1982 | 82-3752 | 1/25/84 D | |
| B-42 | Sylvia M. Chafe, etc. v. Ocean Drilling & Exploration Co., et al. 8/3/82 | E.D.Tex. Parker | B-82-713-CA | AUG 1 9 1982 | 82-3753 | 1/4/84 D | |
| B-43 | Robert Reid, et al. v. Ocean Drilling and Exploration Co., et al. 8/3/82 | E.D.Tex. Fisher | B-82-714-CA | AUG 1 9 1982 | 82-3754 | 5/10/85 D | |
| B-44 | James Vincent Holden, et al. v. Ocean Drilling & Exploration Co., et al. 8/3/82 | E.D.Tex. Parker | B-82-715-CA | AUG 1 9 1982 | 82-3755 | 5/10/85 D | |
| B-45 | Sharon Escott, et al. v. Ocean Drilling & Exploration Co., et al. 8/3/82 | E.D.Tex. Fisher | B-82-716-CA | AUG 1 9 1982 | 82-3756 | 1/4/84 D | |
| B-46 | John Wilfred McGrath, et al. v. Ocean Drilling & Exploration Co., et al. 8/3/82 | E.D.Tex. Parker | B-82-717-CA | AUG 1 9 1982 | 82-3757 | 1/25/84 D | |
| B-47 | John Wilfred McGrath, et al. v. Ocean Drilling & Exploration Co., et al. 8/3/82 | E.D.Tex. Parker | B-82-718-CA | AUG 1 9 1982 | 82-3758 | 1/25/84 D | |
| B-48 | Thomas Miller, et al. v. Ocean Drilling & Exploration Co., et al. 8/3/82 | E.D.Tex. Fisher | B-82-719-CA | AUG 1 9 1982 | 82-3759 | 5/10/85 D | |
| B-49 | Ann Putt, et al. v. Ocean Drilling & Exploration Co., et al. 8/3/82 | E.D.Tex. Fisher | B-82-723-CA | AUG 1 9 1982 | 82-3760 | 1/4/84 D | |
| B-50 | Clarence Boutcher, etc. v. Ocean Drilling & Exploration Co., et al. 9/29/82 | E.D.Tex. Parker | 82-799 | OCT 1 5 1982 | 82-4643 | 2/2/84 D | |
| B-51 | Marjorie Greene, etc. v. Ocean Drilling & Exploration Co., et al. 9/29/82 | E.D.Tex. Parker | 82-800 | OCT 1 5 1982 | 82-4694 | 1/4/84 D | |
| B-52 | Catherine Fewer, etc. v. Ocean Drilling & Exploration Co., et al. 9/29/82 | E.D.Tex. Parker | 82-801 | OCT 1 5 1982 | 82-4695 | 1/25/84 D | |

DOCKET NO. 508 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-40 53 | Darlene Jeanette Madden, etc. v. Ocean Drilling and Exploration Co., et al. | E.D.La. | 82-4191 | | | 5/10/85 D | |
| XYZ-41 54 | Irmgard Halliday v. Ocean Drilling and Exploration Co., et al. | E.D.La. | 82-3746 | | | 5/10/85 D | |
| B- 55 | Alice May Bursey, etc. v. Ocean Drilling and Exploration Co., et al. 1/12/83 | E.D.Tex. Parker | B-82-897 | 1/27/83 | 83-471 Lin C(4) | 1/25/84 D | |
| B-56 | Claude Sheppard, Jr., etc. v. Ocean Drilling and Exploration Co., et al. 1/12/83 | E.D.Tex. Parker | B-82-898 | 1/27/83 | 83-472 Lin C(4) | 1/1/84 D | |
| B-57 | David Gerard Ryan, etc. v. Ocean Drilling ### and Exploration Co.,etal. 1/12/83 | E.D.Tex. Parker | B-82-899 | 1/27/83 | 83-473 Lin C(4) | 1/25/84 D | |
| B-58 | Armand Fenez, etc. v. Ocean Drilling and Exploration Co., et al. 1/12/83 | E.D.Tex. Parker | B-82-985 | 1/27/83 | 83-474 Lin C(4) | 8/31/84 D | |
| B-59 | Margaret Wilson, etc. v. Ocean Drilling and Exploration Co., et al. 1/12/83 | E.D.Tex. ###### Fisher | B-82-1018 | 1/27/83 | 83-475 Lin C(4) | 5/10/85 D | |
| XYZ-60 | Ruth A. Hicks, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.La. | 82-5677 | | | 7/33/84 D | |
| XYZ-61 | Kathleen Marie Collins, etc. v. Ocean Drilling and Exploration Co., et al. | E.D.La. | 83-181 | | | 8/31/84 D | |

JBML FORM 1 -- Continuation ⊕

DOCKET NO. 508 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-62 | Pauline R. Clarke, etc. v. Ocean Drilling & Exploration Co., et al. 3/9/83 | E.D.Tex. Parker | B-83-129-CA | 3/25/83 | 83-1538 | |  |
| B-63 | Fredrick C. Halliday, etc. v. Ocean Drilling & Exploration Co., et al. 3/9/83 | E.D.Tex. Parker | B-83-130-CA | 3/25/83 | 83-1539 | 5/10/85D |  |
| B-64 | Edward A. Neary, etc. v. Ocean Drilling & Exploration Co., et al. 3/9/83 | E.D.Tex. Parker | B-83-131-CA | 3/25/83 | 83-1540 | 6/6/84 D |  |
| B-65 | Melvin E. Tilley, et al. v. Ocean Drilling & Exploration Co., et al. 3/9/83 | E.D.Tex. Parker | B-83-132-CA | 3/25/83 | 83-1541 | 5/10/85D |  |
| B-66 | Mary Irene Arsenault, etc. v. Ocean Drilling & Exploration Co., et al. 3/9/83 | E.D.Tex. Parker | B-83-133-CA | 3/25/83 | 83-1542 | 1/18/85 D |  |
| B-67 | Roy Pieroway, etc. v. Ocean Drilling & Exploration Co., et al. 3/9/83 | E.D.Tex. Parker | B-83-134-CA | 3/25/83 | 83-1543 |  |  |
| XYZ-68 | Sherrill Anne Kuhl, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.La. | 83-552 |  |  | 5/10/85D |  |
| XYZ-69 | Robert Gordon Mitchell, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.La. | 83-593 |  |  | 4/9/84D |  |
| XYZ-70 | Audrey Hebert Dugas, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.La. | 83-262 |  |  | 2/7/86 |  |
| B-71 | Heather Madden, etc. v. Ocean Drilling & Exploration Co., et al. 5/5/83 | E.D.Tex. Fisher | 82-986 | 5/23/83 | 83-4314 | 5/10/85D |  |

JBML FORM 1 -- Continuation

DOCKET NO. 508 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-72 | Evelyn Wilson Ferguson, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.La. | 82-2663 | | | N 5/2/86D | 7 perc |
| xyz-73 | Vivian Marie Howell, etc. v. Ocean Drilling & Exploration Co., et al | E.D.La. | 82-3299 | | | 5/10/85D | |
| XYZ-74 | Mrs. Heather Madden v. Ocean Drilling & Exploration Co., et al. | E.D.La. | 82-4192 | | | 5/10/85D | |
| XYZ-75 | Ian Morrison, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.La. | 83-180 | | | 6/11/84D | |
| XYZ-76 | Patricia Florence Howland, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.La. | 83-485 | | | 5/10/85D | |
| XYZ-77 | Ocean Drilling & Exploration Co. v. Mitsubishi Heavy Industries, Ltd., et al. | E.D.La. | 83-660 | | | 5/27/86D | |
| XYZ-78 | Nora L. Smith v. Ocean Drilling and Exploration Co., | E.D.La. | 83-689 | | | 5/6/85D | |
| XYZ-79 | Martine Blevins, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.La. | 83-1504 | | | 5/2/86D | |
| XYZ-80 | Roy Pieroway, etc. v. Ocean Drilling & Exploration Co., et al. | E.D.La. | 83-1543 | | | 3/6/86D | |

DOCKET NO. 508 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-81 | Philomena Drodge, etc. v. Ocean Drilling and Exploration Co., et al. 7/28/83 | E.D.Tex. Parker | B-82-896-CA | AUG 1 5 1983 | 83-4314 | 3/23/84 D | |
| C-82 | Mary Irene Arsenault, et al. v. Odeco International Corp., et al. 9/16/83 opposed 10/3/83 | S.D.Tex. Gibson | G-83-358 | FEB 3 1984 | 84-757 / 83-1542 | 5/10/85 D | |
| C-83 | Susan Hatfield, etc. v. Mobil Oil Corporation, et al. 9/16/83 opposed 10/3/83 | S.D.Tex. Sterling | H-83-1817 | FEB 3 1984 | 84-968 | 10/29/84 Rem to St Ct. | 1204 1/2 208 2/16/84 |
| C-84 | Susan Hatfield, et al. v. United States of America, et al. 4/18/84 | S.D.Tex Sterling | H-84-644 | 5/4/84 | 84-2283 | 5/86 | |
| XYZ-86 | Patricia Florence Howland, et al. v. Ocean Drilling & Exploration Co., et al. | E.D.La. | 83-5685-C(4) | | | 5/10/85 D | |
| XYZ-85 | Kathleen Marie Collins, et al. v. Ocean Drilling & Exploration Co., et al. | E.D.La. | 83-5686-C(2) | | | 5/10/85 D | |

*July 1984 - 4 TR/ 11 XYZ/50 Dis/36 Pdg.*

| XYZ-87 | Ruth A. Hicks v. Ocean Drilling Exploration Co., et al. | E.D.La. | 82-5677 | | | 5/2/86 D | |

*July 1985 - 1 XYZ/23 Dis/14 Pdg*

| XYZ-89 | Workers Compensation Board of Newfoundland v. Ocean Drilling & Exploration Co., et al. | E.D.La. | 83-4740-C2 | | | 5/2/86 D | |
| XYZ-90 | Worker's Compensation Commision of Newfoundland v. U.S.A. | E.D.La. | 85-735-C2 | | | 5/2/86 D | |

*July 1986 — 2 XYZ/5 Dis / 11 Pdg.*

*July 1987 - 11 Dis/ Litigation Closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 508   -- <u>In re Ocean Ranger Sinking Off Newfoundland On Feburary 15, 1982</u>

(New Defense Counsel Appointed  J. Collins Order dated 10/18/84)

<u>LIAISON COUNSEL FOR PLAINTIFFS</u>
John J. Cummings, Esquire
416 Gravier Street
New Orleans, Louisiana 70130

MITSUBISHI HEAVY INDUSTRIES, LTD.
Robert B. Acomb, Jr., Esquire
Jones, Walker, Waechter, Poitevent,
Carrere  & Denegre
225 Baronne St. - 28th Floor
New Orleans, La.  70112

ODECO PARTIES
George A. Frilot, III, Esquire
Lemle, Kelleher, Kohlmeyer, Hunley,
  Moss & Frilot
21st Floor, Pan-American Life Center
601 Poydras Street
New Orleans, La.  70130

MOBIL PARTIES
Donald R. Abaunza
Liskow &  Lewis
50th Floor, One Shell Square
Newe Orleans, La.  70139

UNITED STATES OF AMERICA
Thomas L. Jones, Esquire
Civil Division, Torts
U. S. Department of Justice
P.O. Box 14271
Washington, D. C. 20004

NAGANO KEIKO SEISAKUSHO
Robert S. Reich, Esquire
Terriberry, Carroll, Yancey & Farrell
2100 International Trade Mart
New Orleans, La.  70130

WATERCRAFT AMERICA, INC.
Joseph G. Gallagher, Jr., Esq.
Camp, Carmouche, Barsh, Hunter, Gray
  Hoffman & Gill
Suite 2100, Poydras Center
650 Poydras St.
New Orleans, La.  70139

HARDING, A.S.
Cornelius G. Van Dalen, Esquire
Deutsch, Kerrigan & Stiles
755 Magazone St
New Orleans, La.  70130

<u>AMERICAN BUREAU OF SHIPPING</u>
(Additional Counsel)
Jeffrey A. Raines, Esquire
James Hanemann, Jr., Esquire
910 Hibernia Bank Bldg.
New Orleans, La.  70112

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 508 -- In re Ocean Ranger Sinking off Newfoundland on Feb. 15, 1982

---

GLORIA VAUGHN (A-1)
James A. George, Esquire
George and George, Ltd.
8110 Summa Drive
Baton Roughe, La.  70809-3484

MRS. ANNIE LANE BURGE THOMPSON
ETC., (A-2)
Wilfred H. Bourdeaux, Esquire
837 Gravier Street
1400 Richards Building
New Orleans, La.  70112

BARBARA MARTIN WATKINS (A-3)
*L.C. for plaintiffs*
John J. Cummings, III, Esquire
416 Gravier Street
New Orleans, La.  70130-2499

JOSEPH WATKINS, JR., ET AL. (A-4)
(No Apperance Received)
Charles H. White, Esquire
2100 Tulane Avenue
New Orleans, La.  70112

FREDDIE MAE GANDY, ET AL. (A-5)

Sam N. Gregorio, Esquire

1540 Irving Place
Shreveport, La.  71101

KIEKO GORUM, ET AL. (A-6)

Ramond Caballero, Esquire
521 Texas Avenue
El Paso, Texas  79901

RUTH A. HICKS, ET AL. (A-7)
George T. Sink, Esquire
P.O.Box 1022
35 Broad Street
Charleston, South Carolina  29401

OCEAN DRILLING AND EXPLORATION COMPANY
ODECO INTERNATIONAL CORPORATION
*(ALL ODECO DEFTS)*
*L.C. for defendants.*
George A. Frilot, III, Esquire
Lemle, Kelleher, Kohlmeyer &
   Matthews
21st Fl. - Pan Am. Life Center
601 Poydras St.
New Orleans, La.  70130  *504-586-1241*

MITSUBISHI HEAVY INDUSTRIES, LTD.
MITSUBISHI INDUSTRIES OF AMERICA

Robert B. Acomb, Jr., Esquire
225 Baronne St. - 28th Floor
New Orleans, La.  70112

AMERICAN BUREAU OF SHIPPING . INC.
Thomas Coyne, Esquire
Kirlin, Campbell & Keating
120 Broadway
New York, New York 10271

UNITED STATES OF AMERICA
Thomas L. Jones, Esq.
Civil Division, Torts Branch
U. S. Department of Justice
P. O. Box 14271
Washington, D.C.  20044

MOBIL OIL CORP.
MOBIL OIL OF CANADA
Donald R. Abaunza, Esq.
Liskow & Lewis
One Shell Square, 50th Floor
New Orleans, Louisiana  70139

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. __508__   -- _____

=====================================================

<u>MITSUBISHI INTERNATIONAL CORP.</u>
J. Douglas Nunn, Jr., Esq.
McKay & McKay, P.A.
1919 Gadsden Street
Post Office Drawer 7217
Columbia, S. Carolina  29202

<u>NORA L. SMITH, ETC.</u> (A-8)
Frank Haddad, Esquire
529 Kentucky Home Life Building
Louisville, Kentucky  40202


  JEANETTE RUTH DYKE (B-9)
  ANNMARI O'DEA-FREID (B-10)
  GERTRUDE EVOY (B-11)
  ELSIE GERBEAU (B-12)
  DAPHNE  BALDWIN (B-13)
  PATRICIA MARIE PALMER (B-14)
  HELEN FOLEY (B-15)
  RETA DAWE (B-16)
  LOUISE VALERIE AUGOT (B-17)
  CYNTHIA ELIZABETH PARSONS (B-18)
  BERNICE LEDREW (B-19)
  JOHN BERNARD HICKEY (B-20)
  NOREEN MARY O'NEILL (B-21)
  MARGARET THERESA BLACKMORE (B-22)
  ROSELLA BRINSTON (B-23)
  MARY CONWAY (B-24)
  CECILIA MARIE DWYER (B-25)
  MARY JANE HAPNUM (B-26)
  ROSALYNN NOSEWORTHY (B-27)
  SANDRA JOY PINHORN (B-28)
  JOAN WARFORD (B-29)
  AUGUSTUS J. CAINES (B-30)
  ROBERT FRANCIS DAGG (B-31)
  DOROTHY FRY (B-32)
  MARIE JULIETTE JOSELYNE MAURICE (B-33)
  NATHANIAL SHEPPARD (B-34)
  HOWARD WINSOR (B-35)
     (Continued)

RAYMOND SHARPE (B-36)
W. JOHN O'BRIEN (B-37)
BRENDA MELENDY (B-38)
HOWARD WINSOR (B-39)_____
G. Robert Friedman, Esquire
Friedman & Chaffin, P.C.
3500 Travis
Houston, Texas  77002

*app. rec'd*


Additional Defendants in some of
the actions B-9 through B-39

MOBIL OIL CO.
C/O CT Corp.
Republic National Bank Bldg.
Dallas, Texas  75201

ODECO ENGINEERING, INC.
T.A. Petty, President
1600 Canal
New Orleans, Louisiana 70130

ODECO DRILLING OF CANADA, LTD.
Hugh J. Kiby, President
1600 Canal
New Orleans, Louisiana  70130

JPML FORM 2A -- Continuation  ®

Counsel of Record -- p.__3____

DOCKET NO. _508_ -- <u>IN RE OCEAN RANGER SINKING OFF NEWFOUNDLAND ON FEBRUARY 15, 1982</u>

| | |
|---|---|
| EVELYN TILLER, ETC. (B-40)<br>LILLIAN F. BURRY, ETC. (B-41)<br>SYLVIA M. CHAFE, ETC. (B-42)<br>ROBERT REID, ET AL. (B-43)<br>JAMES VINCENT HOLDEN, ET AL. (B-44)<br>SHARON ESCOTT, ET AL. (B-45)<br>JOHN WILFRED McGRATH, ET AL. (B-46)<br>JOHN WILFRED McGRATH, ET AL. (B-47)<br>THOMAS MILLER, ET AL. (B-48)<br><u>ANN PUTT, ET AL. (B-49)</u><br>G. Robert Friedman, Esq.<br>  (Same as B-9 through B-39) | PAULINE R. CLARK, ETC. (B-62)<br>FREDRICK C. HALLIDAY, ETC. (B-63)<br>EDWARD A. NEARY, ETC. (B-64)<br>MELVIN E. TILLEY, ET AL. (B-65)<br>MARY IRENE ARSENAULT, ETC. (B-66)<br><u>ROY PIEROWAY, ETC. (B-67)</u><br>Charles F. Krause, Esquire<br>(see counsel for B-50 thru B-52) |
| | Benton Musslewhite, Esquire<br>(see counsel for B-50 thru B-52) |
| CLARENCE BOUTCHER, ETC. (B-50)<br>MARJORIE GREENE, ETC. (B-51)<br><u>CATHERINE FEWER, ETC. (B-52)</u><br>Charles F. Krause, Esq.<br>Speiser & Krause, P.C.<br>200 Park Avenue, Suite 1507<br>New York, New York  10166 | G. Robert Friedman, Esquire<br>(see counsel for B-9 thru B-39) |
| | <u>HEATHER MADDEN (B-71)</u><br>Charles F. Krause, Esq.<br>  (see counsel for B-50 thru B-52)<br>Benton Musslewhite, Esq.<br>  (see counsel for B-50 thru B-52)<br>G. Robert Friedman, Esq.<br>  (see counsel for B-50 thru B-52) |
| Benton Musslewhite, Esq.<br>1003 Wirt Road, Suite 110<br>Houston, Texas  77055 | |
| G. Robert Friedman, Esq.<br>(Same as B-9 through B-49) | <u>PHILOMENA DRODGE, ETC. (C-81)</u><br>Charles F. Krause, Esq.<br>Speiser & Krause<br>200 Park Ave., Suite 1507<br>New York, New York  10166 |
| ALICE MAY BURSEY, ETC. (B-55)<br>CLAUDE SHEPPARD, JR., ETC. (B-56)<br>DAVID GERARD RYAN, ETC. (B-57)<br>ARMAND FENEZ, ETC. (B-58)<br><u>MARGARET WILSON, ETC. (B-59)</u><br>G. Robert Friedman, Esq.<br>(See B-9 for address) | UNABLE TO DETERMINE COUNSEL FOR<br>FOLLOWING DEFENDANTS C-81<br>Odeco Engineering, Inc.<br>Odeco Drilling of Canada, Ltd. |

JPML FORM 2A -- Continuation

Counsel of Record -- p._____

DOCKET NO. _____ -- _____

MARY IRENE ARSENAULT, ET AL. (C-82)          ✓
G. Robert Friedman, Esq.
Friedman & Chaffin               *opposed*
3500 Travis                      *10/?83*
Houston, Texas   77002

SUSAN HATFIELD, ETC. (C-83)
Richard Warren Mithoff, Esq.
Jamail, Kolius & Mithoff
3300 One Allen Center
Houston, Texas   77002

SUSAN HATFIELD (C-84)
Richard Warren Mithoff, Esq.
3450 One Allen Center
Houston, Texas   77002

UNITED STATES OF AMERICA (C-84)
Daniel K. Hedges, Esq.
515 Rusk Avenue
Houston, Texas   77002

MITSUBISHI HEAVY INDUSTRIES, LTD. (C-84)
Alan S. Dale, Esquire
Eastham, Watson, Dale & Forney
940 Mellie Esperson Building
Houston, Texas   77002

JPML FORM 3

p. ___1___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __508__ -- IN RE OCEAN RANGER SINKING OFF NEWFOUNDLAND ON FEBRUARY 15, 1982

| Name of Party | Named as Party in Following Actions |
|---|---|
| OCEAN DRILLING AND EXPLORATION CO. | A-1, A-2, A-3, A-4, A-5, A-6 40 41 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, B-52, 56, 57, 58, 59 B-62 67, 71, 81, 83 |
| MOBIL OIL OF CANADA | A-1, A-2, A-3, A-4, A-5, A-6 40, 41, 42 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 58, 59, 62, 68, 64, 65, 66, 67, 71, 81, 82, 83 |
| ODECO INTERNATIONAL CORPORATION ✓ | A-3, A-4, A-5, A-6 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, B-53, 56, 57, 58, 59, 62, 63, 64, 65, 66, 67, 71, 81, 82, 83 |
| MITSUBISHI HEAVY INDUSTRIES, LTD. ✓ | A-3, A-4, A-5, A-7 |
| UNITED STATES OF AMERICA ✓ | A-3, A-4, A-5 (-84) |
| AMERICAN BUREAU OF SHIPPING, INC. ✓ | A-3, A-4, A-5, |
| ODECO DRILLING AND INCORPORATED ✓ | A-6 B-59 B-62, 63, 64, 65, 66, 83 |
| MITSUBISHI INDUSTRIES OF AMERICA ✓ | A-7 (-84) |
| Mobil Oil Company | B-29, B-30, B-31, B-34, B-35, B-36, B-37, B-38, 40, 42, 43, 44, 45, 46, 48, 49, 50, 51, 52, 55, 56, 57, 58, 59, 62, 63, 64, 65, 66, 67, 71, 81, 83 |
| ODECO ENGINEERING, Inc. | B-34, B-37, B-35, B-36, B-39 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 55, 56, 57, 58, 59, 62, 63, 64, 65, 66, 67, 71, 81, 82, 83 |
| ODECO DRILLING OF CANADA, | 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 55, 56, 57, 58, 59, 62, 63, 64, 65, 66, 67, 71, 82, 83 |

p. _____

| | |
|---|---|
| Odeco, Inc. | B-62, 63, 64, 65, 66, 67, 83 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |